MARTIN POSTAL, Appellant, v. FRANK CLAYTON VINCENT, as President, and EDMUND MASSELL, as Treasurer, of the One Hundred and Sixth Infantry Regiment of the New York National Guard, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended com-

plaint within ten days after service of a copy of the order herein and notice of entry, upon compliance with the terms stated in the order. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur. [See *ante*, p. 747.]